UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRANGIE ESPINAL, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

          Plaintiffs,

          v.

UNIVERSITY OF INDIANAPOLIS,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:23-cv-9344

**NOTICE OF VOLUNTARY DISMISSAL**

     Plaintiff(s), FRANGIE ESPINAL, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, UNIVERSITY OF INDIANAPOLIS, with prejudice and without fees and costs.

Dated: New York, New York
       February 29, 2024

                                                     **GOTTLIEB & ASSOCIATES PLLC**

                                                     */s/Michael A. LaBollita, Esq.*

                                                     Michael A. LaBollita, Esq., (ML-9985)
                                                              150 East 18th Street, Suite PHR
                                                                       New York, NY 10003
                                                                          Phone: (212) 228-9795
                                                                               Fax: (212) 982-6284
                                                                        Michael@Gottlieb.legal

                                                                   *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge